IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. DNCW3:04CR242 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ) | |
| JOYCE JOHNSON ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and Metlife, Storick & Associates:

A judgment was entered on June 22, 2005, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant Joyce Johnson, whose last known address is XXXXXX, Hartsville, South Carolina 29550, in the sum of $176,459.08. The balance owing as of June 7, 2012 is $117,159.41.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Metlife, Storick & Associates is commanded to **turn over property** in which Defendant Joyce Johnson, Social Security Number XXX-XX-1700, has a substantial nonexempt interest, the said property being any and all funds located in Metlife accounts in the name of Joyce Johnson, at the following address: Metlife, Storick & Associates, 5900 N. Andrews Ave., Ste. 900, Ft. Lauderdale, Florida 33309.

**SO ORDERED**.

Signed: June 20, 2012

_____
David S. Cayer
United States Magistrate Judge